UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

CASE NO. 8:21-cv-00028-WFJ-CPT

MEXICALI BORDER CAFE, INC.,
AN OKLAHOMA CORPORATION,

    Plaintiff,

        v.

AMGUARD INSURANCE COMPANY, A
SUBSIDIARY OF BERKSHIRE HATHAWAY
GUARD INSURANCE COMPANIES,

    Defendant.
_____/

## NOTICE OF SERVING PROPOSAL FOR SETTLEMENT / OFFER OF JUDGMENT

The Defendant, AmGUARD Insurance Company., by and through undersigned counsel, and pursuant to §768.79, Florida Statutes, Rule 1.442, Florida Rules of Civil Procedure, and Rule 68 Federal Rules of Civil Procedure, hereby gives notice that on this day it served upon Plaintiff, Mexicali Border Cafe, Inc., through their attorney, Andrew Perron, Esq, a Proposal for Settlement / Offer of Judgment.

Dated: January 18, 2022

Respectfully Submitted,

                         **s/ Philip B. Wiseberg**
                         Philip B. Wiseberg., Esq. (eservice@wlclaw.com)
                         Florida Bar No. 27233
                         Michael V. Supple, Esq.
                         Florida Bar No. 92080
                         Counsel for Defendant
                         Williams, Leininger & Cosby, P.A.
                         11300 US Highway One, Suite 300
                         North Palm Beach, Florida 33408
                         Telephone No. (561)615-5666

Facsimile No. (561)615-9606

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 18, 2022 I electronically filed the foregoing document via CM/ECF to the parties listed below.

**s/ Philip B. Wiseberg**
Florida Bar No. 27233

**SERVICE LIST:**

Andre R. Perron, Esq
James C. Davis, Esq
Barnes Walker, Goethe, Perron & Shea, PLLC
3119 Manatee Ave West
Bradenton, FL, 34205
aperron@barneswalker.com
(941) 741-8224 – telephone
(941) 708-3225 - facsimile