UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
CASE NO. 8:21-cv-00028-WFJ-CPT

MEXICALI BORDER CAFE, INC., )
AN OKLAHOMA CORPORATION, )
                                         )
    Plaintiff, )
v. )
                                         )
AMGUARD INSURANCE COMPANY, )
A SUBSIDIARY OF BERKSHIRE )
HATHAWAY GUARD INSURANCE )
COMPANIES, )
                                         )
    Defendant. )
_____/

## **PLAINTIFF'S MOTION IN LIMINE**

Plaintiff, Mexicali, files its Motion in Limine pursuant to Federal Rule of Evidence 403, and states the following:

Defendant, AmGUARD, seeks to establish a two-year limit in order to bring a cause of action against it, pursuant to its policy.

Pursuant to Florida Statute, any provision in a contract fixing the period of time within which an action arising out of the contract may be begun at a time less than that provided by the applicable statute of limitations is void."[1] No court within the state of Florida shall give effect to any provisions contained within an insurance contract which shortens the time period contained within Florida Statutes Section

---

[1] *Fla. Stat. §95.03.*

95.03 to bring a cause of action based upon breach of contract.[2] Pursuant to Federal Rule 403, this Honorable Court may exclude AmGUARD's reference to the 2-year requirement because its probative value is substantially outweighed by a danger of misleading the jury, as the alleged policy term is void under Florida Statute, as Fla. Stat. §95.11(2)(b) provides Mexicali with 5-years to file the action.

WHEREFORE Plaintiff, Mexicali, humbly moves for this Honorable Court to limit any reference to the 2-year limit by Defendant, AmGUARD, and to hold that the 2-year limit is void under Florida Statutes.

---

[2] *See Schluter v. National Union Fire Ins. Co.*, 144 So. 2d 95, 96 (Fla. 2d. DCA 1962) (summary judgment reversed due to provision contained within boat insurance policy requiring action to be brought within twelve-months being prohibited and illegal under Florida Statute Section 95.03).

Dated November 27, 2022

*James C. Davis, Esq.*
_____
Andre R. Perron, Esquire
Florida Bar No. 628425
James C. Davis, Esquire
Florida Bar No. 127311
BARNES WALKER, GOETHE,
PERRON & SHEA, LLC
3119 W. Manatee Ave.
Bradenton, FL 34205
Telephone: (941) 741-8224
Facsimile:   (941) 708-3225
aperron@barneswalker.com (primary)
jdavis@barneswalker.com (secondary)

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY the foregoing document was provided via-electronic mail to AmGUARD Insurance Company, a Subsidiary of Berkshire Hathaway Guard Insurance Companies, through its attorney, Philip B. Wiseberg, at eservice@wlclaw.com, samantha@wlclaw.com and msupple@wlclaw.com, on this 27th day of November 2022.

Respectfully submitted,

*James C. Davis, Esq.*
_____

James Davis